# UNITED STATES DISTRICT COURT
For the
DISTRICT OF CONNECTICUT

**FILED**

2012 SEP -5 P 1:08

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| KARL PAUL VOSSBRINCK )<br>*Plaintiff* )<br>V )<br> )<br>ACCREDITED HOME LENDERS, INC. )<br>[DEUTSCHE BANK NATIONAL TRUST )<br>COMPANY, AS INDENTURE TRUSTEE, )<br>ON BEHALF OF THE HOLDERS OF THE )<br>ACCREDITED MORTGAGE LOAN TRUST )<br>ASSET BACKED NOTES] )<br>*Defendant* | Case N0. 3:11-cv-01312-WWE<br><br>NOTICE OF APPEAL<br><br><br>September 5, 2012 |

Notice is hereby given that the Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Second Circuit from the Judges Denying the Plaintiff's request for a Temporary Restraining Order and Preliminary Injunction.

/S/ Karl Paul Vossbrinck
By Karl Paul Vossbrinck, Plaintiff Pro-Se
487 Berkshire Road
Southbury, Connecticut 06488
paulvoss@earthlink.net
(203) 267-6500

## CERTIFICATION OF SERVICE

I hereby certify that on the above captioned date, a copy of foregoing was filed and served electronically, wherever possible, and by USPS mail where no email address was known, to all counsel of record as indicated below.

/S/ Karl Paul Vossbrinck

By Karl Paul Vossbrinck, Plaintiff Pro-Se
487 Berkshire Road
Southbury, Connecticut 06488
paulvoss@earthlink.net
(203) 267-6500

William P Breen
Eckert Seamans Cherin & Mellott, LLC
Two International Place, 16th Floor
Boston, MA 02110
(617) 342-6887
wbreen@eckertseamans.com

Sam Trumbull
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
412.566.6151 (direct dial)
412.566.6099 (fax)
STrumbull@eckertseamans.com

Geraldine A. Cheverko, Esq.
Eckert Seamans Cherin & Mellott, LLC
10 Bank Street, Suite 700
White Plains, New York 10606
(914) 949-3989
gcheverko@eckertseamans.com

APPEAL, EFILE, LEAD, PROSE

# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:11-cv-01312-WWE

| | |
|---|---|
| Vossbrinck v. Accredited Home Lenders, Inc. | Date Filed: 08/17/2011 |
| Assigned to: Judge Warren W. Eginton | Jury Demand: Plaintiff |
| Member case: [(View Member Case)](#) | Nature of Suit: 370 Fraud or Truth-In-Lending |
| Cause: 15:1601 Truth in Lending | Jurisdiction: Federal Question |

**Plaintiff**

**Karl Paul Vossbrinck**      represented by      **Karl Paul Vossbrinck**
487 Berkshire Road
Southbury, CT 06488
203 267-6500
Email: paulvoss@earthlink.net
PRO SE

V.

**Defendant**

**Accredited Home Lenders, Inc.**      represented by      **Enrico R Costantini**
*(Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the Holders of the Accredited Mortgage Loan Trust Asset Backed Notes, Substituted Plaintiff)*
Bishop, Jackson & Kelly, LLC
472 Wheelers Farms Rd 3rd Flr
Milford, CT 06461
203-647-3300
Email: rrc@bjklaw.us
*TERMINATED: 06/20/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William P. Breen , Jr.**
Eckert Seamans Cherin & Mellott, LLC

Two International Place, 16th Floor
Boston, MA 02110
617-342-6887
Email: wbreen@eckertseamans.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**Deutsche Bank National Trust Company**      represented by      **Geraldine A. Cheverko**
Eckert Seamans Cherin & Mellott LLC

*As Indenture Trustee on Behalf of the*     10 Bank St., Suite 700
*Holders of the Accredited Mortgage*     White Plains, NY 10606
*Loan Trust 2005-4 Asset Backed Notes*     773-2350
Email: gcheverko@eckertseamans.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William P. Breen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2011 | 1 | COMPLAINT against Accredited Home Lenders, Inc., filed by Karl Paul Vossbrinck.(Pesta, J.) (Entered: 08/17/2011) |
| 08/17/2011 | 2 | MOTION for Preliminary Injunction (Responses due by 9/7/2011, ), MOTION for Temporary Restraining Order by Karl Paul Vossbrinck. (Pesta, J.) Modified on 12/7/2011 (Candee, D.). (Entered: 08/17/2011) |
| 08/17/2011 | 3 | Order on Pretrial Deadlines: Motions to Dismiss due on 11/17/11. Amended Pleadings due by 10/16/2011 Discovery due by 2/16/2012 Dispositive Motions due by 3/17/2012. Signed by Clerk on 8/17/11. (Pesta, J.) Modified on 8/22/2011 to correct signature (Torrenti, R.). (Entered: 08/17/2011) |
| 08/17/2011 |   | Filing fee received from Karl Vossbrinck: $ 350.00, receipt number CTXN00002065 (Pesta, J.) (Entered: 08/17/2011) |
| 12/06/2011 | 4 | ORDER finding as moot 2 Motion for Preliminary Injunction; finding as moot 2 Motion for TRO. Signed by Judge Warren W. Eginton on 12/6/2011. (Welles, T.) (Entered: 12/06/2011) |
| 12/06/2011 | 5 | ORDER vacating this court's order finding as moot the motions for temporary and preliminary injunction. The clerk is instructed to reinstate such motions as pending. Signed by Judge Warren W. Eginton on 12/6/2011. (Welles, T.) (Entered: 12/06/2011) |
| 12/07/2011 |   | Docket Entry Correction re 5 Order to Reinstate 2 MOTION for Preliminary Injunction and MOTION for Temporary Restraining Order as pending. Motion for Preliminary Injunction and Motion for Temporary Restraining Order reinstated as pending. (Candee, D.) (Entered: 12/07/2011) |
| 01/03/2012 | 6 | NOTICE OF NON COMPLIANCE pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. It is hereby ordered that the plaintiff shall, by 1/19/2012, report to the court on the status of service of process. In the absence of satisfactory compliance with Rule 4(m), the court shall, thirty days from this date, enter a dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Signed by Judge Warren W. Eginton on 1/3/2011. (Candee, D.) (Entered: 01/05/2012) |
| 02/21/2012 | 7 | JUDGMENT dismissing complaint. |

| | | |
|---|---|---|
| | | For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms.html. Signed by Clerk on 2/21/2012. (Candee, D.) Modified on 2/24/2012 (Candee, D.). (Entered: 02/24/2012) |
| 02/21/2012 | | JUDICIAL PROCEEDINGS SURVEY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey<br>(Candee, D.) (Entered: 02/24/2012) |
| 02/24/2012 | | Docket Entry Correction - re 7 Judgment modified to correct filing date. (Candee, D.) (Entered: 02/24/2012) |
| 03/01/2012 | 9 | MOTION to Reopen Case by Karl Paul Vossbrinck.Responses due by 3/22/2012 (Candee, D.) (Entered: 03/02/2012) |
| 03/02/2012 | 8 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Accredited Home Lenders, Inc.* with answer to complaint due within *21* days. *Karl Paul Vossbrinck* *487 Berkshire Road* *Southbury, CT 06488*. (Fazekas, J.) (Entered: 03/02/2012) |
| 03/09/2012 | 10 | SUMMONS Returned Executed by Karl Paul Vossbrinck. Accredited Home Lenders, Inc. served on 3/2/2012, answer due 3/23/2012. (Candee, D.) (Entered: 03/21/2012) |
| 03/09/2012 | 11 | SUMMONS Returned Executed by Karl Paul Vossbrinck. Accredited Home Lenders, Inc. served on 3/5/2012 via CT Secretary of State, answer due 3/26/2012. (Attachments: #(1) Summons executed as to Deutsche Bank Nat. Trust Co. on CT Secretary of State on 3/7/2012 # 2 Summons mailed as to Deutsche Bank Nat. Trust Co. via Federal Express to last known address. (Candee, D.) (Entered: 03/21/2012) |
| 03/16/2012 | 12 | Consent to Electronic Notice by Karl Paul Vossbrinck (Candee, D.) (Entered: 03/21/2012) |
| 03/30/2012 | 13 | NOTICE of Appearance by Enrico R Costantini on behalf of Accredited Home Lenders, Inc. (Costantini, Enrico) (Entered: 03/30/2012) |
| 04/12/2012 | 14 | MOTION for Enrico Costantini to Withdraw as Attorney by Accredited Home Lenders, Inc.. (Costantini, Enrico) (Entered: 04/12/2012) |
| 04/27/2012 | 24 | MOTION for Temporary Restraining Order by Karl Paul Vossbrinck. (Blough, B.) (Entered: 07/10/2012) |
| 05/18/2012 | 25 | MOTION for Temporary Restraining Order by Karl Paul Vossbrinck. (Attachments: # 1 Exhibits)(Blough, B.) (Entered: 07/10/2012) |

| | | |
|---|---|---|
| 05/23/2012 | 15 | ORDER granting 9 Motion to Reopen Case; denying 14 Motion to Withdraw as Attorney because the case is being reopened.. Signed by Judge Warren W. Eginton on 5/23/12. (Welles, T.) (Entered: 05/23/2012) |
| 06/15/2012 | 16 | MOTION to Consolidate Cases. Case to be consolidated with 3:12-cv-00637 *and Motion for Extension of Time to File a Response to* 1 *Plaintiff's Complaint* by Accredited Home Lenders, Inc..Responses due by 7/6/2012 (Attachments: # 1 Text of Proposed Order)(Breen, William). Added MOTION for Extension of Time on 6/18/2012 (Torrenti, R.). (Entered: 06/15/2012) |
| 06/18/2012 | 17 | MOTION for Enrico R. Costantini to Withdraw as Attorney by Accredited Home Lenders, Inc.. (Costantini, Enrico) (Entered: 06/18/2012) |
| 06/18/2012 | 21 | Consent to Electronic Notice by Karl Paul Vossbrinck. (Fazekas, J.) (Entered: 06/29/2012) |
| 06/18/2012 | 22 | NOTICE re Scheduling of Pretrial Conference by Karl Paul Vossbrinck. (Fazekas, J.) (Entered: 06/29/2012) |
| 06/20/2012 | 18 | ORDER granting 17 Motion to Withdraw as Attorney. Attorney Enrico R Costantini terminated. Signed by Judge Warren W. Eginton on 6/20/2012. (Welles, T.) (Entered: 06/20/2012) |
| 06/25/2012 | 19 | ORDER granting 16 Motion for Extension of Time to file a response to the complaint.. Signed by Judge Warren W. Eginton on 6/25/2012. (Welles, T.) (Entered: 06/25/2012) |
| 06/28/2012 | 20 | REPORT of Rule 26(f) Planning Meeting. (Breen, William) (Entered: 06/28/2012) |
| 06/29/2012 | 26 | MOTION to Dismiss *Amended Complaint* by Deutsche Bank National Trust Company.Responses due by 7/20/2012 (Attachments: # 1 Memorandum in Support)(Blough, B.) (Entered: 07/10/2012) |
| 07/10/2012 | 23 | ORDER granting 16 Motion to Consolidate Cases. Signed by Judge Warren W. Eginton on 7/10/2012. (Welles, T.) (Entered: 07/10/2012) |
| 07/10/2012 | 27 | NOTICE OF CONSOLIDATION. Signed by Clerk on 7/10/2012. (Blough, B.) (Entered: 07/10/2012) |
| 07/11/2012 | 28 | Consent to Electronic Notice by Karl Paul Vossbrinck. (Fazekas, J.) (Entered: 07/13/2012) |
| 07/11/2012 | 29 | OBJECTION re 16 MOTION to Consolidate Cases. Case to be consolidated with 3:12-cv-00637 *and Motion for Extension of Time to File a Response to Plaintiff's Complaint* MOTION for Extension of Time filed by Karl Paul Vossbrinck. (Fazekas, J.) (Entered: 07/13/2012) |
| 07/13/2012 | 30 | MOTION to Dismiss *Complaint* by Accredited Home Lenders, Inc., Deutsche Bank National Trust Company.Responses due by 8/3/2012 (Attachments: # 1 Memorandum in Support, # 2 Exhibit Exhibit A-F to Memorandum of Law in Support of Motion to Dismiss)(Breen, William) (Entered: 07/13/2012) |
| 07/13/2012 | 31 | NOTICE by Accredited Home Lenders, Inc., Deutsche Bank National Trust Company re 30 MOTION to Dismiss *Complaint* (Breen, William) (Entered: |

| | | |
|---|---|---|
| | | 07/13/2012) |
| 07/17/2012 | 32 | MOTION by Prose Litigant to Participate in Electronic Filing by Karl Paul Vossbrinck. Responses due by 8/7/2012 (Oliver, T.) (Entered: 07/17/2012) |
| 07/17/2012 | 33 | OBJECTION re 16 MOTION to Consolidate Cases. Case to be consolidated with 3:12-cv-00637 *and Motion for Extension of Time to File a Response to Plaintiff's Complaint* MOTION for Extension of Time filed by Karl Paul Vossbrinck. (Oliver, T.) (Entered: 07/17/2012) |
| 07/18/2012 | 34 | ORDER granting 32 Motion to efile. Signed by Judge Warren W. Eginton on 7/18/2012. (Welles, T.) (Entered: 07/18/2012) |
| 07/18/2012 | 35 | ORDER, in light of the recent consolidation, finding as moot 24 Motion for TRO; finding as moot 25 Motion for TRO; finding as moot 26 Motion to Dismiss; finding as moot 30 Motion to Dismiss.Plaintiff is instructed to file an amended consolidated complaint within tend days of this order and defendant should within 30 days of that filing respond with its motion to dismiss that addresses the consolidated complaint. Signed by Judge Warren W. Eginton on 7/18/2012. (Welles, T.) (Entered: 07/18/2012) |
| 07/18/2012 | 36 | EMERGENCY MOTION for Temporary Restraining Order, EMERGENCY MOTION for Preliminary Injunction (Responses due by 8/8/2012, ) by Karl Paul Vossbrinck. (Oliver, T.) (Entered: 07/18/2012) |
| 07/18/2012 | 37 | MOTION to Disjoin Lawsuits by Karl Paul Vossbrinck. Responses due by 8/8/2012 (Oliver, T.) (Entered: 07/18/2012) |
| 07/18/2012 | 38 | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. PRO SE FILERS ARE REQUIRED TO COMPLY WITH THE JUDGE'S STANDARD ELECTRONIC FILING ORDER WHICH IS ATTACHED.. Signed by Judge Warren W. Eginton on 7/18/2012. (Oliver, T.) (Entered: 07/19/2012) |
| 07/18/2012 | 41 | ENTERED IN ERROR - ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Warren W. Eginton on 7/18/2012. (Fazekas, J.) Modified on 7/23/2012 (Fazekas, J.). (Entered: 07/23/2012) |
| 07/19/2012 | 39 | OBJECTION re 36 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by Deutsche Bank National Trust Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Breen, William) (Entered: 07/19/2012) |
| 07/19/2012 | 40 | RULING denying 36 Motion for TRO; denying 36 Motion for Preliminary Injunction. Signed by Judge Warren W. Eginton on 7/19/2012. (Oliver, T.) (Entered: 07/19/2012) |
| 07/24/2012 | 42 | MOTION TRO - Injunction by Karl Paul Vossbrinck.Responses due by 8/14/2012 (Attachments: # 1 Exhibit TRO Denial, # 2 Exhibit Superior Court Memorandum)(Vossbrinck, Karl) (Entered: 07/24/2012) |
| 07/24/2012 | 43 | MOTION to Remand to State Court by Karl Paul Vossbrinck.Responses due by 8/14/2012 (Vossbrinck, Karl) (Entered: 07/24/2012) |
| | | |

| | | |
|---|---|---|
| 07/26/2012 | 44 | MOTION for Extension of Time until August 6, 2012 Filing Amended Consolidated Complaint by Karl Paul Vossbrinck. (Vossbrinck, Karl) (Entered: 07/26/2012) |
| 07/27/2012 | 45 | ORDER granting 44 Motion for Extension of Time until August 6, 2012 to file the Amended Consolidated Complaint. Signed by Judge Warren W. Eginton on 7/27/2012. (Welles, T.) (Entered: 07/27/2012) |
| 07/27/2012 | | Set Deadlines/Hearings: Amended Consolidated Complaint due by 8/6/2012 (Fazekas, J.) (Entered: 07/30/2012) |
| 08/07/2012 | 46 | OBJECTION re 37 MOTION to Disjoin Lawsuits filed by Deutsche Bank National Trust Company. (Breen, William) (Entered: 08/07/2012) |
| 08/07/2012 | 47 | OBJECTION re 42 MOTION TRO - Injunction filed by Deutsche Bank National Trust Company. (Breen, William) (Entered: 08/07/2012) |
| 08/07/2012 | 48 | AMENDED COMPLAINT *Amended Combined Complaint* against All Defendants, filed by Karl Paul Vossbrinck. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit)(Vossbrinck, Karl) (Entered: 08/07/2012) |
| 08/13/2012 | 49 | OBJECTION re 43 MOTION to Remand to State Court filed by Deutsche Bank National Trust Company. (Breen, William) (Entered: 08/13/2012) |
| 08/23/2012 | 50 | Emergency Memorandum in Support re 42 MOTION TRO - Injunction filed by Karl Paul Vossbrinck. (Vossbrinck, Karl) (Entered: 08/23/2012) |
| 08/30/2012 | 51 | MOTION to Dismiss *Amended Combined Complaint (With Proposed Order)* by Accredited Home Lenders, Inc., Deutsche Bank National Trust Company.Responses due by 9/20/2012 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Notice to Pro Se Litigant)(Breen, William) (Entered: 08/30/2012) |
| 08/30/2012 | 52 | NOTICE by Accredited Home Lenders, Inc., Deutsche Bank National Trust Company re 51 MOTION to Dismiss *Amended Combined Complaint (With Proposed Order)* MOTION to Dismiss *Amended Combined Complaint (With Proposed Order) [Notice to Pro Se Litigant Opposing Motion to Dismiss as Required by Local Rule 12(A)* (Breen, William) (Entered: 08/30/2012) |
| 09/05/2012 | 57 | NOTICE OF INTERLOCUTORY APPEAL as to 36 MOTION for Temporary Restraining Order, MOTION for Preliminary Injunction by Karl Paul Vossbrinck. (Fazekas, J.) (Entered: 09/10/2012) |
| 09/07/2012 | 53 | First MOTION for Extension of Time until 9/12/2012 Fle Notice of Appeal by Karl Paul Vossbrinck. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Vossbrinck, Karl) (Entered: 09/07/2012) |
| 09/07/2012 | 54 | First MOTION for Leave to Proceed in forma pauperis by Karl Paul Vossbrinck. (Attachments: # 1 Affidavit)(Vossbrinck, Karl) (Entered: 09/07/2012) |
| | | |

| 09/10/2012 | 55 | Second MOTION for Leave to Proceed in forma pauperis by Karl Paul Vossbrinck. (Vossbrinck, Karl) (Entered: 09/10/2012) |
| 09/10/2012 | 56 | Second AFFIDAVIT Signed By Karl Paul Vossbrinck filed by Karl Paul Vossbrinck. (Vossbrinck, Karl) (Entered: 09/10/2012) |